1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10                        **SOUTHERN DIVISION**
11  **CAROLYN DENISE ESPINOZA,**              )
                                              )
12                   **Plaintiff,**           )    **Case  No. SACV 15-01499 RGK (AJW)**
                                              )
13            **v.**                          )    [~~Proposed~~]
                                              )    **J U D G M E N T**
14  **CAROLYN W. COLVIN, Acting**             )
    **Commissioner of the Social**           )
15  **Security Administration,**             )
                                              )
16                   **Defendant.**           )
    _____      )
17
18          **IT IS ADJUDGED** that defendant's decision is affirmed.
19
20  August 2, 2016                            _____
21                                            R. GARY KLAUSNER
                                              United States District Judge
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28